IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Shanghai Grand Tower Steel Structure Co. Ltd., | No. C 05-3573 MEJ |
| Plaintiff, | |
| vs. | **ORDER VACATING CMC SCHEDULED FOR JANUARY 5, 2006** |
| Winbo International Corporation, | |
| Defendant. / | |

The Court hereby VACATES the CMC scheduled for January 5, 2006 in light of Plaintiff's letter submitted on January 4, 2006.

**IT IS SO ORDERED.**

Dated: January 4, 2006

MARIA-ELENA JAMES
United States Magistrate Judge