**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SHANGHAI GRAND TOWER STEEL STRUCTURE CO., LTD, et al.,

    Plaintiff,

v.

WINBO INTERNATIONAL CORPORATION, et al.,

    Defendants.

No. C 05-03573 WHA

**ORDER OF REFERENCE TO MAGISTRATE JUDGE**

    Pursuant to Civil Local Rule 72-1, it is hereby **ORDERED** that the above captioned case is referred for the purpose of Order to Appear for Examination to **MAGISTRATE JUDGE MARIA-ELENA JAMES**, to be heard and considered at the convenience of her calendar. Counsel will be advised of the date, time and place of the hearing by notice from Magistrate Judge James' chambers.

Dated: September 11, 2006.

                        WILLIAM ALSUP
                        UNITED STATES DISTRICT JUDGE